No. D–2530. IN RE DISCIPLINE OF HALLOCK. Robert Wayne Hallock, of Barrington, Ill., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2531. IN RE DISCIPLINE OF DAVIS. Carleton Wayne Keith Davis, of St. Louis, Mo., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2532. IN RE DISCIPLINE OF DEFILIPPO. Gary Robert DeFilippo, of Brooklyn, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2533. IN RE DISCIPLINE OF CONDON. Richard Paul Condon, of Kissimmee, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2534. IN RE DISCIPLINE OF STEIN. Stuart Leonard Stein, of Santa Fe, N. M., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2535. IN RE DISCIPLINE OF TIPLER. James Harvey Tipler, of Mary Esther, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2536. IN RE DISCIPLINE OF HATCH. Ira Carlton Hatch, Jr., of Vero Beach, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2537. IN RE DISCIPLINE OF MANZINI. Nicholas Andres Manzini, of Miami, Fla., is suspended from the practice of law in